# Court of Appeals
# of the State of Georgia

ATLANTA, __April 02, 2019__

*The Court of Appeals hereby passes the following order:*

**A19D0389. JAMES BERNARD EDWARDS v. THE STATE.**

A jury found James Bernard Edwards guilty of multiple offenses, including burglary, armed robbery, and kidnapping, and his convictions were affirmed in an unpublished opinion. See *Edwards v. State*, Case Number A16A1269, decided March 13, 2017. Edwards subsequently filed an extraordinary motion for new trial, which the trial court denied on September 13, 2018. On March 19, 2019, Edwards filed this application for discretionary appeal.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal made beyond 30 days. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Edwards filed his application 187 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider the application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__04/02/2019__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ Stephen E. Castlen _____, Clerk.